UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CATHLEEN GIORDANO )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ZIMMER, INC. )<br>)<br>Defendant. ) | Civil Action No. 05 10428 JLT |

### DEFENDANT ZIMMER, INC.'S DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules Of Civil Procedure, the defendant, Zimmer, Inc. ("Zimmer"), identifies the following parent corporations or publicly-held companies that own ten percent or more of Zimmer's stock: Zimmer Holdings, Inc.

        Respectfully submitted,

        Zimmer, Inc.

        By its attorney,

        /s/ Joseph J. Leghorn
        Joseph J. Leghorn, BBO #292440
        NIXON PEABODY LLP
        100 Summer Street
        Boston, Massachusetts 02110
        (617) 345-1114

Dated: March 10, 2005

-2-

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 10th day of March, 2005, a copy of the foregoing Defendant Zimmer, Inc.'s Disclosure Statement was served on the following counsel of record by first-class mail, postage prepaid:

>    Francis J. Lynch, III
>    Peter E. Heppner
>    Lynch & Lunch
>    45 Briston Drive
>    So. Easton, MA  02375
>    (508) 230-2500

/s/ Joseph J. Leghorn

Bos1473025v1

-2-