UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CATHLEEN GIORDANO )<br>)<br>*Plaintiff*, )<br>)<br>vs. )<br>)<br>ZIMMER, INC. )<br>)<br>*Defendant*. )<br>) | Civil Action No. 05-cv-10428-JLT<br><br>JURY TRIAL DEMANDED |

## DEFENDANT'S LOCAL RULE 16.1 CERTIFICATION

Pursuant to Local Rule 16.1(D)(3), the defendant, and counsel, hereby certify that they have conferred with respect to the above matter:

(a)   with a view to establish a budget for the costs of conducting the full course, and various alternative courses, of the litigation; and

(b)   to consider the resolution of the litigation through the use of alternative dispute resolution programs.

ZIMMER, INC.

*[signature]*

David Royster, Associate Counsel

*[signature]*

Joseph J. Leghorn, BBO No. 292440
Juan Alexander Concepción, BBO No. 658908
NIXON PEABODY LLP
100 Summer Street
Boston, Massachusetts 02110
(617) 345-1000

J. Stephen Bennett, Esquire
(Pro Hac Vice Admission to be filed)
BAKER & DANIELS
111 East Wayne Street, Suite 800
Fort Wayne, Indiana 46802
(260) 424-8000

Dated: April 26, 2005

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document has been furnished to all counsel of record via first class mail on this 26 day of April, 2005.

*[signature]*

Joseph J. Leghorn

-2-

BDDB01 4050670v1