UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| CATHLEEN GIORDANO, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 05-10428-JLT |
| | * | |
| | * | |
| ZIMMER, INC., | * | |
| | * | |
| Defendant. | * | |

ORDER

May 20, 2005

TAURO, J.

After the Scheduling Conference held on May 18, 2005, this court hereby orders that:

1.      The Parties shall comply with this court's Rule 26 Discovery Order;

2.      The Parties shall agree upon protocols for destructive testing;

3.      The abovementioned discovery and protocol agreements shall be completed by

June 19, 2005;

4.      No additional discovery will be permitted without leave of this court;

5.      A Further Conference is scheduled for June 27, 2005 at 2:15 p.m.; and

6.      The Parties shall submit lists of the individuals they need to depose at the Further

Conference.

IT IS SO ORDERED.

      /s/ Joseph L. Tauro
United States District Judge