UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CATHLEEN GIORDANO )<br>)<br>*Plaintiff,* )<br>)<br>vs. )<br>)<br>ZIMMER, INC. )<br>)<br>*Defendant.* )<br>) | Civil Action No. 05-cv-10428-JLT |

## DEFENDANT ZIMMER, INC.'S FIRST AMENDED AUTOMATIC REQUIRED DISCLOSURE PURSUANT TO FED.R.CIV.P. 26(a)(1) AND LR. 26.2(A)

In accordance with Fed.R.Civ.P. 26(a) and LR. 26.2(A), Defendant Zimmer, Inc. ("Zimmer") hereby sets forth its automatic required disclosure.

The following disclosures are based upon information as it is available to Zimmer at this early stage of this litigation. Investigation and preparation of this case continues. Zimmer has provided the required information to the best of its current ability given the present state of investigation and discovery. Zimmer anticipates that further information may alter the information presented below as it is revealed in this case, and therefore reserves the right to amend and/or supplement these responses. The disclosures made below are made with a reservation of all rights to object to the introduction of any of the below information into evidence and is not intended to waive any applicable privilege.

Bos1502816.2

A.  **Individuals Likely to Have Discoverable Information**

1. Cathleen Giordano: Ms. Giordano may have information regarding:

   a. the treatment and instructions from her physicians;

   b. her compliance with her physician's instructions;

   c. her surgeries;

   d. her activities after her surgeries;

   e. her alleged injuries; and

   f. her alleged damages.

2. Ms. Giordano's health care providers including, but not limited to, the implanting and explanting physician, Joel Chariton, D.P.M.; W. Anthony Wakim, D.P.M.; George C. Brown, M.D.; and Harry Katz-Pollak, M.D., as well as the physicians disclosed in Ms. Giordano's medical records. Ms. Giordano's health care providers presumably have information regarding Ms. Giordano's care and treatment and their instructions to Ms. Giordano.

3. Custodians of records as required to establish evidentiary foundations including, but not limited to, custodians of records for Ms. Giordano's health care providers.

4. Upon information and belief, Kevin Nelson, HIM Manager of Brockton Hospital; Katy Bridges, Quality Resources Manager of Brockton Hospital; and Jane Cruckshank, RN, Operating Room Manager, may have information regarding the screw at issue.

5. Former and current representatives of Zimmer, Inc., including but not limited to, Robert K. Flynn and Bruce Mackinnon, who may have information regarding Zimmer's defenses to the plaintiff's claims.

6. Lisa Schroder may have information regarding engineering issues at Zimmer.

**B.    Documents and Tangible Things Relevant to Disputed Facts Alleged In the Pleadings**

1. Ms. Giordano's medical records.

2. Product and design records to the extent identifiable. The product at issue has not been specifically identified.

3. Product at issue.

4. Any and all other documents produced by plaintiff, whether formally through disclosure and discovery or informally.

**C.    Computation of Damages**

Zimmer has not asserted counterclaims at this time. Zimmer reserves the right to supplement this response in the future if it asserts counterclaims.

**D.    Insurance Agreements**

Because any reasonable judgment that conceivably might be entered in this case is within Zimmer's self-insured retention, there is no "insurance agreement" that is applicable.

Respectfully submitted,

ZIMMER, INC.

By its attorneys,

/s/ Juan Alexander Concepción

_____
Joseph J. Leghorn, BBO No. 292440
Juan Alexander Concepción, BBO No. 658908
NIXON PEABODY LLP
100 Summer Street
Boston, Massachusetts 02110
(617) 345-1000

J. Stephen Bennett, Esquire
(Pro Hac Vice Admission to be filed)
BAKER & DANIELS LLP
111 East Wayne Street, Suite 800
Fort Wayne, Indiana 46802
(260) 424-8000

Dated: June 20, 2005

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document has been furnished to all counsel of record via e-mail and first class mail, postage pre-paid on this 20th day of June, 2005.

/s/ Juan Alexander Concepción

_____
Juan Alexander Concepción

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CATHLEEN GIORDANO     )<br>                              )<br>    *Plaintiff*,           )<br>                              )<br>vs.                           )<br>                              )   Civil Action No. 05-cv-10428-JLT<br>ZIMMER, INC.            )<br>                              )<br>    *Defendant*.         )  | |

## DEFENDANT ZIMMER, INC.'S LIST OF PROPOSED DEPONENTS

Defendant Zimmer, Inc. ("Zimmer"), through counsel, hereby submits the following list of proposed deponents pursuant to this Court's Discovery Order, dated March 20, 2005:

1. Cathleen Giordano.

2. Joel Chariton, D.P.M. (plaintiff's treating physician and surgeon).

3. W. Anthony Wakim, D.P.M. (plaintiff's treating physician and surgeon).

4. George C. Brown, M.D. (plaintiff's treating physician, surgeon and expert).

5. Dr. Joseph Parse (plaintiff's expert metallurgist).

6. Jane Cruckshank, manager of Perioperative Services at Brockton Hospital, who may have information regarding the screw at issue.

7. Kevin Nelson, HIM Manager of Brockton Hospital, who may have information regarding the screw at issue.

8. Katy Bridges, Manager Quality Resources at Brockton Hospital, who may have information regarding the screw at issue.

Bos1502797.2

-2-

9.    Representative(s) of American Acoustical Contractors who may have information regarding Plaintiff's employment history.

10.    Physicians disclosed in Ms. Giordano's medical records.

11.    Custodians of records as required to establish evidentiary foundations including, but not limited to, custodians of records for Ms. Giordano's health care providers.

12.    Former and current representatives of Zimmer, Inc., including but not limited to, Robert K. Flynn and Bruce Mackinnon, who may have information regarding Zimmer's defenses to the plaintiffs' claims.

Respectfully submitted,

ZIMMER, INC.

By its attorneys,

/s/ Juan Alexander Concepción

---

Joseph J. Leghorn, BBO # 292440
Juan Alexander Concepcion, BBO # 658908
NIXON PEABODY LLP
100 Summer Street
Boston, Massachusetts 02110
(617) 345-1000

Dated: June 20, 2005

-3-

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 20th day of June, 2005, a copy of the foregoing List of Proposed Deponents was served on the following counsel of record by e-mail and first-class mail, postage prepaid:

    Francis J. Lynch, III
    Peter E. Heppner
    Lynch & Lynch, P.C.
    45 Bristol Drive
    So. Easton, MA  02375
    (508) 230-2500

                                          /s/ Juan Alexander Concepción
                                          _____
                                          Juan Alexander Concepción

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CATHLEEN GIORDANO )<br>)<br>*Plaintiff,* )<br>)<br>vs. )<br>)<br>ZIMMER, INC. )<br>)<br>*Defendant.* ) | Civil Action No. 05-cv-10428-JLT |

## STATEMENT FROM DEFENDANT ZIMMER, INC.

Defendant Zimmer, Inc. ("Zimmer"), through counsel, hereby submits the following statement pursuant to LR. 26.1(b)(2) and this Court's Discovery Order, dated March 20, 2005:

(A)  All persons then known to the Defendant or the Defendant's attorneys who witnessed the transaction or occurrence giving rise to the claim or otherwise known or believed to have substantial discoverable information about the claims or defenses, together with a statement of the subject and a brief summary of that information.

    1.    Cathleen Giordano: Ms. Giordano may have information regarding:

        (a)    the treatment and instructions from her physicians;

        (b)    her compliance with her physician's instructions;

        (c)    her surgeries;

        (d)    her activities after her surgeries;

        (e)    her alleged injuries; and

        (f)    her alleged damages.

    2.    Ms. Giordano's health care providers including, but not limited to, the implanting and explanting physician, Joel Chariton, D.P.M., as well as W. Anthony Wakim, D.P.M., George C. Brown, M.D. and Harry Katz-Pollak, MD, and the physicians disclosed in

Ms. Giordano's medical records. Ms. Giordano's health care providers presumably have information regarding Ms. Giordano's care and treatment, as well as their instructions to Ms. Giordano.

   3. Custodians of records as required to establish evidentiary foundations including, but not limited to, custodians of records for Ms. Giordano's health care providers.

   4. Upon information and belief, Kevin Nelson, HIM Manager of Brockton Hospital; Katy Bridges, Quality Resources Manager of Brockton Hospital; and Jane Cruckshank, RN, Operating Room Manager, may have information regarding the screw at issue.

   5. Former and current representatives of Zimmer, including, but not limited to, Robert K. Flynn and Bruce Mackinnon, may have information regarding Zimmer's defenses to the plaintiffs' claims.

   6. Lisa Schroder may have information regarding engineering issues at Zimmer.

**(B)**  **All opposing parties, and all officers, directors, and employees of opposing parties, from whom statements have been obtained by or on behalf of the defendant regarding the subject matter of the claims or defenses.**

   No statements have been obtained on behalf of Zimmer.

**(C)**  **All government agencies or officials then known to the defendant or the defendant's attorneys to have investigated the transaction or occurrence giving rise to the claims or defenses.**

   No government agencies or officials have investigated Plaintiff's claims alleged in the Complaint.

Respectfully submitted,

ZIMMER, INC.

By its attorneys,

/s/ Juan Alexander Concepción
_____
Joseph J. Leghorn, BBO # 292440
Juan Alexander Concepción, BBO # 658908
NIXON PEABODY LLP
100 Summer Street
Boston, Massachusetts 02110
(617) 345-1000

Dated:  June 20, 2005

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 20th day of June, 2005, a copy of the foregoing Sworn Statement was served on the following counsel of record by e-mail and first-class mail, postage prepaid:

Francis J. Lynch, III
Peter E. Heppner
Lynch & Lynch, P.C.
45 Bristol Drive
So. Easton, MA  02375
(508) 230-2500

/s/ Juan Alexander Concepción
_____
Juan Alexander Concepción