UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| CATHLEEN GIORDANO, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 05-10428-JLT |
| | * | |
| | * | |
| ZIMMER, INC., | * | |
| | * | |
| Defendant. | * | |

ORDER

June 28, 2005

TAURO, J.

After the Further Conference held on June 27, 2005, this court hereby orders that:

1. Plaintiff may depose Kevin Nelson, Jane Crookshank, and Katy Bridges;

2. The abovementioned depositions shall be completed by August 31, 2005;

3. Destructive and non-destructive testing shall be completed by September 30, 2005;

4. No additional discovery will be permitted without leave of this court; and

5. A Further Conference is scheduled for October 3, 2005 at 10:00 a.m.

IT IS SO ORDERED.

/s/ Joseph L. Tauro
United States District Judge