# LYNCH & LYNCH

A PROFESSIONAL CORPORATION

45 Bristol Drive
South Easton, MA 02375
Tel: (508) 230-2500
Fax: (508) 230-2510

| | |
|---|---|
| Francis J. Lynch, III | Nella M. Lussi |
| Stephen M.A. Woodworth | Susan K. Han |
| Cynthia P. Karabelas | John F. Gleav |
| John A. Eklund | J. William Cha ·rlain, Jr. |
| Susan E. Sullivan* | Kathleen C. B *** |
| Stephen J. Duggan | Cynthia S. La |
| Peter E. Heppner | Jeanne E. Fly |
| Joseph C. Ferreira | Christiana E. iy** |
| Holly K. Lemieux | Benjamin J. W ey |
| J. Gary Bennett | Michelle A. Sc n |
| | Bradley A. Su ** |
| | David J. Lema |

32 Court Street
Second Floor
Plymouth, MA   02360

8 Faneuil Hall Marketplace
Third Floor
Boston, MA   02109

Francis J. Lynch, II
1967 - 2001
Rory P. Melvin
1988 - 2004

PLEASE DIRECT ALL CORRESPONDENCE
TO SOUTH EASTON ADDRESS

OF CO     EL

Anne-Marie Fi
Ellen M. Chio  arey
Barry K. LaCa

*Also Admitted in Rhode Island
** Also Admitted in Maine
***Also Admitted in Florida
****Also Admitted in New Hampshire

September 26, 2005

Civil Clerks Office
United States District Court
United States Court House
One Courthouse Way, Suite 2300
Boston, Massachusetts 02210

RE:   Cathleen Giordano v. Zimmer, Inc.
      U.S. District Court Civil Action No. 05-cv-10428-JLT

Dear Assistant Clerk Levitt:

On October 3, 2005, at 10:00 a.m., the parties are scheduled to appear at a Status Conference with Judge Tauro. I have been notified that I will be arguing a matter in the Supreme Judicial Court that same morning. The parties assent to our Status Conference in this matter being scheduled for anytime after 2:00 p.m. on October 3. If Judge Tauro will not be available after 2:00 p.m. on October 3, we can select another date. I will contact you this week to finalize the scheduling issue. Please call me with my questions.

Thank you very much with your attention to this matter.

Very truly yours,

Peter E. Heppner
PEH:mam
Cc: Joseph Leghorn