# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| CATHLEEN GIORDANO | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| vs. | ) | **Civil Action No. 05-CV-10428-JLT** |
| | ) | |
| ZIMMER, INC. | ) | |
| | ) | |
| *Defendant.* | ) | |

## DEFENDANT'S ASSENTED-TO MOTION TO RESCHEDULE THE STATUS CONFERENCE SET FOR NOVEMBER 29, 2005

Defendant Zimmer, Inc. ("Zimmer"), hereby moves this Court to reschedule the Status Conference, now scheduled for Tuesday, November 29, 2005, at 11:30 a.m., to Thursday, December 1, 2005, anytime after 3 p.m., which would be convenient for both parties in this case. In support of this Motion, Defendant state as follows:

1.    On or about November 9, 2005, this Court set a Status Conference for November 29, 2005, at 11:30 a.m.

2.    Counsel for Zimmer has a scheduling conflict on Tuesday, November 29, 2005.

3.    Defendant now requests this Court to reschedule the date and time for the Status Conference to December 1, 2005, anytime after 3 p.m.

4.    Plaintiff has assented to this request that the Status Conference to be set for a time after 3 p.m. on Thursday, December 1, 2005.

WHEREFORE, Defendant respectfully requests this Court to:

1.    Reschedule the Status Conference for a time after 3 p.m., on Thursday, December 1, 2005; and

2.      Grant such further relief as is just and appropriate.

Respectfully submitted,

ZIMMER, INC.,

By its attorneys,

   /s/ Juan Alexander Concepción
Joseph J. Leghorn (BBO# 292440)
J. Alexander Concepción (BBO# 658908)
NIXON PEABODY LLP
100 Summer Street
Boston, Massachusetts  02110
(617) 345-1000
(617) 345-1300

Assented to:

   /s/ Peter E. Heppner (*with permission*)
Francis J. Lynch, III (BBO# 308740)
Peter E. Heppner (BBO# 559504)
Lynch & Lynch, P.C.
45 Bristol Drive
So. Easton, MA  02375
(508) 230-2500
Counsel for the Plaintiff

Dated:  November 10, 2005

BOS1542948.1