UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| C. GIORDANO, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 05-10428-JLT |
| | * | |
| ZIMMER, INC., | * | |
| | * | |
| Defendant. | * | |

ORDER

January 26, 2006

TAURO, J.

After a Conference held on January 26, 2006, this court hereby orders that:

1. Plaintiff may depose the following: (1) Zimmer, Inc. pursuant to Rule 30(b)(6); (2) Bob Flynn; (3) Bruce McKinnon; (4) David Royster; (5) Dole Miller; and (6) Lisa Schroder;

2. Defendant may depose the following: (1) Cathleen Giordano; (2) Plaintiff's husband, Mr. Giordano; (3) Dr. Joel Chrition; (4) Dr. Anthony Watkin; and (5) Dr. George Brown;

3. All abovementioned depositions must be completed by June 30, 2006;

4. The parties shall designate their respective experts by June 30, 2006; and

5. A Further Conference will be held on July 24, 2006 at 10:00 a.m.

IT IS SO ORDERED.

/s/ Joseph L. Tauro
United States District Judge