UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO: 05-CV-10428-JLT

|  |  |
|---|---|
| CATHLEEN GIORDANO, Plaintiff, | ) ) ) ) |
| v. | ) ) |
| ZIMMER, INC., Defendant. | ) ) ) ) |

## DEFENDANT'S ASSENTED-TO MOTION TO CONFORM COURT'S ORDER WITH RECORD OF FURTHER CONFERENCE ON JANUARY 26, 2006

The defendant, by its undersigned counsel, with the assent of plaintiff's counsel hereby respectfully moves this Court to strike Item #4 from Line #1 of the Court's Order, dated January 26, 2006 (the "Order"), to bring it in conformance with the record of the Further Conference of the parties before Judge Tauro on January 26, 2006.

As grounds for this motion, the defendant states as follows:

1. On Thursday, January 26, 2006, counsel for the parties appeared before Judge Tauro for a Further Conference, which was recorded.

2. During the Further Conference, plaintiff's counsel requested the Court's permission to take the depositions of David Royster, Esquire, and of Julie Hartman, both of Zimmer, Inc.'s legal department, in connection with the plaintiff's M.G.L. c. 93A claim.

3. Defense counsel objected to plaintiff's counsel's request to take these two depositions based on legal precedent and Judge Tauro indicated that the issue of whether these depositions may proceed be deferred to a later date.

BOS1563745.1

4.     Inconsistent with the actual record of the Further Conference, the Order (i.e., Item #4 of Line #1) names Mr. David Royster as one of the individuals that plaintiff may depose in this case.

5.     Counsel for the parties have conferred regarding this error in the Order and have agreed that the Order does not accurately reflect the decision of the Court concerning Mr. Royster's deposition.

6.     With the assent of the plaintiff, the defendant files this motion to respectfully request that the Court strike item #4 from line #1 of the Order to conform it with the discussion at the Further Conference.

7.     None of the parties will be prejudiced by this request.

WHEREFORE, the defendant, with the assent of the plaintiff, requests that, in the interest of justice, this Court strike item #4 from line #1 of the Order to conform it with the Further Conference's record.

| | |
|---|---|
| Assented-to by,<br>Plaintiff,<br>CATHLEEN GIORDANO,<br>By her attorneys, | Respectfully Submitted,<br>Defendant,<br>ZIMMER, INC.,<br>By its attorneys, |
| /s/ Peter E. Heppner | /s/ Juan Alexander Concepción |
| Francis J. Lynch, III, BBO# 308740<br>Peter E. Heppner, BBO# 559504<br>LYNCH & LYNCH, P.C.<br>45 Bristol Drive<br>South Easton, MA 02375<br>(508) 230-2500 | Joseph J. Leghorn, BBO# 292440<br>Juan A. Concepción, BBO# 658908<br>NIXON PEABODY LLP<br>100 Summer Street<br>Boston, MA 02110<br>(617) 345-1000 |

Dated: January 31, 2006

## LOCAL RULE 7.1(A)(2) CERTIFICATION

I certify that the provisions of Local Rule 7.1(A)(2) have been complied with and that I have conferred with plaintiff's counsel in good faith to resolve and narrow the issues raised in *Defendant's Assented-to Motion to Conform the Court's Order with Record of Further Conference on January 26, 2006.* As a result of that conference, all parties have assented to this motion.

/s/ Juan Alexander Concepción

_____
Juan Alexander Concepción

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on January 31, 2006.

/s/ Juan Alexander Concepción

_____
Juan Alexander Concepción

BOS1563745.1