UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CATHLEEN GIORDANO,

    Plaintiff,

v.

ZIMMER, INC.,

    Defendant.

CIVIL ACTION NO.
05-CV-10428 JLT

## MOTION FOR LEAVE TO APPEAR AND PRACTICE IN THE ABOVE-CAPTIONED CASE

Pursuant to Rule 83.5.3(b) of the Local Rules of the United States District Court for the District of Massachusetts, Juan Alexander Concepción, a member of the Bar of this Court, moves that Thomas G. Stayton, a member of the Bar of the State of Indiana, be granted leave to appear and practice in this Court in the above-captioned matter.

Attached to this motion is the Certification and Application of Thomas G. Stayton certifying that:

1.    He has been retained by Plaintiff Zimmer, Inc. ("Zimmer") in the above-captioned matter. He does not reside in Massachusetts, does not regularly practice in Massachusetts, and is not a member of the bar of the courts of Massachusetts. Therefore, Mr. Stayton' admission *pro hac vice* is necessary.

2.    He is a member in good standing in every jurisdiction in which he is admitted to practice. See Exhibit A.

3.    There are no disciplinary proceedings pending against him as a member of the bar of any jurisdiction.

4. He is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

WHEREFORE, Thomas G. Stayton should be admitted, *pro hac vice*, to appear and practice in this court in the above-captioned action as though he were a member of the bar of the United States District Court for the District of Massachusetts.

Respectfully submitted,
ZIMMER, INC.,
Defendant,

By its counsel,

Joseph J. Leghorn, BBO# 292440
Juan Alexander Concepción, BBO# 658908
NIXON PEABODY LLP
100 Summer Street
Boston, Massachusetts 02110
(617) 345-1000

Dated: April 10, 2006

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served, by facsimile and first-class mail, upon all counsel of record on April 10, 2006 at the following address:

> Francis J. Lynch, III, Esq.
> Peter E. Heppner, Esq.
> Lynch & Lunch
> 45 Bristol Drive
> South Easton, MA  02375

_____
Juan Alexander Concepción

## LOCAL RULE 7.1 CERTIFICATE

Pursuant to Local Rule 7.1(A)(2), the undersigned counsel hereby certify that counsel have conferred and attempted in good faith to resolve or narrow the issues presented in this motion, and counsel have assented to this motion.

_____
Juan Alexander Concepción

EXHIBIT A

# SUPREME COURT OF
# THE STATE OF INDIANA



*Certification*

**STATE OF INDIANA, SS:**

I, Kevin S. Smith, Clerk of the Supreme Court of Indiana, do hereby certify that

THOMAS GEORGE STAYTON

is a member of the bar of said Court since admission on OCTOBER 10th 1973, and is in good standing therein.

GIVEN under my hand and the seal of said Court at Indianapolis, Indiana, this 10th day of APRIL, 20 06.

KEVIN S. SMITH
CLERK, SUPREME COURT OF INDIANA

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CATHLEEN GIORDANO,

    Plaintiff,

v.

ZIMMER, INC.,

    Defendant.

CIVIL ACTION NO.
05-CV-10428 JLT

**CERTIFICATION AND APPLICATION FOR
ADMISSION *PRO HAC VICE* OF THOMAS G. STAYTON**

    I, Thomas G. Stayton, hereby apply for admission *pro hac vice* to the bar of the United States District Court for the District of Massachusetts, for the purpose of representing the defendant, Zimmer, Inc., ("Zimmer") in the above-captioned matter, and certify that the following information is correct:

    1. I am a partner with the law firm of Baker & Daniels LLP and I am resident in its Indianapolis, Indiana office at 300 N. Meridian Street, Suite 2700, Indianapolis, IN 46204.

    2. I make this certification and application in support of the motion that I be given leave to appear as attorney for the Defendant, Zimmer, in this Court in the above-captioned civil action.

    3. I have been retained by Zimmer to represent it in the above-captioned matter. I do not reside in Massachusetts. I do not regularly practice in Massachusetts and am not a member of the bar of the courts of Massachusetts.

4. I am a member in good standing of the Bar of the State of Indiana and am admitted to practice in the United States District Court for the Northern District of Indiana and the United States District Court for the Southern District of Indiana.

5. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

6. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Respectfully Submitted,

Thomas G. Stayton
BAKER & DANIELS LLP
300 N. Meridian Street
Suite 2700
Indianapolis, IN 46204
(317) 237-1260

Counsel for Defendant Zimmer, Inc.

Dated: April 10, 2006

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served, by facsimile and first-class mail, upon all counsel of record on April 10, 2006 at the following addresses:

>Francis J. Lynch, III, Esq.
>Peter E. Heppner, Esq.
>Lynch & Lunch
>45 Bristol Drive
>South Easton, MA  02375

_____
Juan Alexander Concepción

# SUPREME COURT OF
# THE STATE OF INDIANA



## Certification

**STATE OF INDIANA, SS:**

    I, Kevin S. Smith, Clerk of the Supreme Court of Indiana, do hereby certify that

_____THOMAS GEORGE STAYTON_____

is a member of the bar of said Court since admission on _____OCTOBER 10th 1973_____, and is in good standing therein.

    GIVEN under my hand and the seal of said Court at Indianapolis, Indiana, this __10th__ day of _____APRIL_____, 20 __06__.


_____
KEVIN S. SMITH
CLERK, SUPREME COURT OF INDIANA