UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CATHLEEN GIORDANO,<br><br>Plaintiff,<br><br>v.<br><br>ZIMMER, INC.,<br><br>Defendant. | CIVIL ACTION NO.<br>05-CV-10428 JLT |

## AGREED-UPON MOTION FOR LEAVE TO EXTEND CASE SCHEDULING ORDER

The parties to the above-entitled action move this Honorable Court to extend the case scheduling order in this case. The parties have made considerable progress in completing the depositions allowed by this Court on January 26, 2006. Despite all of their best efforts—and due to scheduling conflicts, including attendance at various trials, and scheduled vacations of witnesses and counsel—the parties were unable to schedule all of the depositions allowed by this Court within the current June 30, 2006 deadline. However, the parties are working together to schedule (and expect to complete) the outstanding depositions during the week of June 26th, the weeks of July 17th-31st, and August 7th (i.e., by August 15, 2006). Therefore, the parties jointly request that this Court allow their motion for leave to (1) extend the deadline for depositions from June 30, 2006, to August 15, 2006, to allow the parties to further discover material information; (2) extend the deadline for expert designations from June 30, 2006, to September 15, 2006, to allow the experts to have the benefit of the additional information the scheduled depositions produce; and (3) reschedule the Further Conference from July 24, 2006, to or after September 18, 2006, in the interest of efficiency.

BOS1601868.2

In support of their Motion, the parties state as follows:

1. The parties have been diligent in providing additional information to each other.

2. All counsel have been cooperative in accommodating each other's schedules as well as the schedules of all deponents.

3. The parties have taken two depositions, have scheduled one deposition, and will schedule and complete (by August 15, 2006) the outstanding depositions of the witnesses allowed by this Court.

4. On April 12, 2006, the parties completed the deposition of Dr. Joel Chariton and the deposition of Plaintiff Cathleen Giordano on April 25, 2006.

5. In addition, the parties have scheduled, and expect to complete, the deposition of Dr. W. Anthony Wakim on June 29, 2006.

6. The parties expect to complete all of the outstanding depositions within six weeks after the June 30th deadline, by August 15, 2006.

7. Toward this end, the parties are working to schedule (and complete) the depositions of (1) Dr. George Brown, (2) Mr. Anthony Giordano, (3) Ms. Lisa Schroeder (or new Zimmer designee), (4) Mr. Robert Flynn, and (5) Mr. Bruce McKinnon by August 15, 2006.

8. Counsel for both parties agree and believe it to be in the best interest of their clients and the resolution of their current litigation that the deadline for completing the allowed depositions be extended by six weeks, to August 15, 2006.

9. Further, counsel for both parties are in agreement that the deadline for designating experts, also on June 30, 2006, should be extended by ten weeks (i.e., to September

15, 2006) to allow the experts to have the benefit of the additional information elicited at the scheduled depositions.

10.   In the interest of efficiency, counsel also agree and ask that the Further Conference now scheduled on July 24, 2006, be re-scheduled to or after September 18, 2006.

**WHEREFORE**, the parties ask this Court to

1. allow their agreed-upon motion to extend the deadline for depositions from June 30, 2006, to August 15, 2006;

2. allow their agreed-upon motion to extend the deadline for expert designations from June 30, 2006, to September 15, 2006; and

3. reschedule the Further Conference from July 24, 2006, to or after September 18, 2006.

## LOCAL RULE 7.1 CERTIFICATE

Pursuant to Local Rule 7.1(A)(2), the undersigned counsel certifies that counsel of record have conferred and attempted in good faith to resolve or narrow the issues presented in this motion, and counsel agree upon this motion.

/s/ Juan Alexander Concepción

Juan Alexander Concepción

| | |
|---|---|
| Respectfully submitted,<br>CATHLEEN GIORDANO<br>Plaintiff,<br><br>By her counsel,<br><br>*Peter Heppner /s/*<br>_____<br>Francis J. Lynch, III, BBO# 308740<br>Peter E. Heppner, BBO# 559504<br>LYNCH & LYNCH, P.C.<br>45 Bristol Drive<br>South Easton, MA 02375<br>Telephone: (508) 230-2500<br><br>Date: June 22, 2006 | Respectfully submitted,<br>ZIMMER, INC.,<br>Defendant,<br><br>By its counsel,<br><br>*/s/ Juan Concepción*<br>_____<br>Joseph J. Leghorn, BBO# 292440<br>Juan A. Concepción, BBO# 658908<br>NIXON PEABODY LLP<br>100 Summer Street<br>Boston, Massachusetts 02110<br>Telephone: (617) 345-1000<br><br>Thomas G. Stayton, Esq.<br>BAKER & DANIELS LLP<br>300 N. Meridian Street<br>Suite 2700<br>Indianapolis, IN 46204<br>(317) 237-1260<br>*Admitted Pro Hac Vice*<br><br>Date: June 22, 2006 |

**CERTIFICATE OF SERVICE**

I certify that a true copy of the above document will be served upon all counsel of record, who are registered ECF users, through the transmission of the Notice of Electronic Filing on June 22, 2006. All non-registered counsel will be served with a true copy of the above document by Electronic Mail on June 22, 2006.

/s/ Juan Alexander Concepción

Juan Alexander Concepción