UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2006 JUL 25  A 11: 55

U.S. DISTRICT COURT
DISTRICT OF MASS.

CATHLEEN GIORDANO,

    Plaintiff,

v.

ZIMMER, INC.,

    Defendant.

CIVIL ACTION NO.
05-CV-10428 JLT

## MOTION FOR LEAVE TO APPEAR AND PRACTICE
## IN THE ABOVE-CAPTIONED CASE

Pursuant to Rule 83.5.3(b) of the Local Rules of the United States District Court for the District of Massachusetts, Juan Alexander Concepción, a member of the Bar of this Court, moves that Thomas C. Kus, Esq., a member of the Bar of the State of Indiana, be granted leave to appear and practice in this Court in the above-captioned matter.

Attached to this motion is the Certification and Application of Thomas C. Kus certifying that:

1.    He has been retained by Plaintiff Zimmer, Inc. ("Zimmer") in the above-captioned matter. He does not reside in Massachusetts, does not regularly practice in Massachusetts, and is not a member of the bar of the courts of Massachusetts. Therefore, Mr. Kus' admission *pro hac vice* is necessary.

2.    He is a member in good standing in every jurisdiction in which he is admitted to practice.

3.    There are no disciplinary proceedings pending against him as a member of the bar of any jurisdiction.

4. He is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

WHEREFORE, Thomas C. Kus should be admitted, *pro hac vice*, to appear and practice in this court in the above-captioned action as though he were a member of the bar of the United States District Court for the District of Massachusetts.

Respectfully submitted,
ZIMMER, INC.,
Defendant,

By its counsel,

/s/ Joseph J. Leghorn
Joseph J. Leghorn, BBO# 292440
Juan Alexander Concepción, BBO# 658908
NIXON PEABODY LLP
100 Summer Street
Boston, Massachusetts 02110
(617) 345-1000

Dated: July 25, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served, by facsimile and first-class mail, upon all counsel of record on July 25, 2006, at the following address:

Francis J. Lynch, III, Esq.
Peter E. Heppner, Esq.
Lynch & Lunch, P.C.
45 Bristol Drive
South Easton, MA  02375

Juan Alexander Concepción

**LOCAL RULE 7.1 CERTIFICATE**

Pursuant to Local Rule 7.1(A)(2), the undersigned counsel hereby certify that counsel have conferred and attempted in good faith to resolve or narrow the issues presented in this motion, and counsel have assented to this motion.

Juan Alexander Concepción

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2006 JUL 25  A 11: 55

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| CATHLEEN GIORDANO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. 05-cv-10428-JLT |
| vs. ) | |
| ) | |
| ZIMMER, INC., ) | |
| ) | |
| Defendant. ) | |

**CERTIFICATION AND APPLICATION FOR
ADMISSION *PRO HAC VICE* OF THOMAS C. KUS**

I, Thomas C. Kus, hereby apply for admission *pro hac vice* to the bar of the United States District Court for the District of Massachusetts, for the purpose of representing the defendant, Zimmer, Inc. ("Zimmer"), in the above-captioned matter, and certify that the following information is correct:

1. I am counsel in the law firm of Baker & Daniels LLP and I am resident in its Fort Wayne, Indiana office at 111 East Wayne Street, Suite 800, Fort Wayne, Indiana 46802.

2. I make this certification and application in support of the motion that I be given leave to appear as attorney for Zimmer in this Court in the above-captioned civil action.

3. I have been retained by Zimmer to represent it in the above-captioned matter. I do not reside in Massachusetts. I do not regularly practice in Massachusetts and am not a member of the bar of the courts of Massachusetts.

4. I am a member in good standing of the Bar of the State of Indiana and am admitted to practice in the United States District Court for the Northern District of Indiana, the United States District Court for the Southern District of Indiana, and the United States Court of Appeals for the Seventh Circuit.

5. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

6. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Respectfully submitted,

_____
Thomas C. Kus
BAKER & DANIELS LLP
111 East Wayne Street, Suite 800
Fort Wayne, Indiana 46802
(260) 424-8000
Counsel for Defendant Zimmer, Inc.

Dated: July 20, 2006

BDDB01 4467491v1

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served, by facsimile and first-class mail, upon all counsel of record on July 25, 2006 at the following address:

Peter E. Heppner, Esq.
Francis J. Lynch, III, Esq.
Lynch & Lynch
45 Bristol Drive
South Easton, Massachusetts 02375

_____
Juan Alexander Concepción

BDDB01 4467491v1

# SUPREME COURT OF
# THE STATE OF INDIANA



## Certification

**STATE OF INDIANA, SS:**

I, Kevin S. Smith, Clerk of the Supreme Court of Indiana, do hereby certify that

_____THOMAS CHESTER KUS_____

is a member of the bar of said Court since admission on

_____OCTOBER 20th 1989_____, and is in good standing therein.

GIVEN under my hand and the seal of said Court at Indianapolis, Indiana, this __19th__ day of _____JULY_____, 20__06__.

_____
KEVIN S. SMITH
CLERK, SUPREME COURT OF INDIANA