UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (BOSTON)

| | |
|---|---|
| CATHLEEN GIORDANO, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) CASE NO. 1:05-cv-10428-JLT |
| ZIMMER, INC., | ) ) |
| Defendant. | ) ) ) ) |

### STIPULATION OF DISMISSAL WITH PREJUDICE

The plaintiff, Cathleen Giordano ("Plaintiff"), and the defendant Zimmer, Inc., by their respective counsel, stipulate that all of Plaintiff's claims against the defendant Zimmer, Inc. are dismissed with prejudice. Each party shall bear its own costs and attorneys' fees.

By: /s/ Peter E. Heppner
Peter E. Heppner (BBO #308-740)
LYNCH & LYNCH
45 Bristol Drive
South Easton, Massachusetts 02375
(508) 230-2500
(508) 230-2510 (fax)

Attorney for the Plaintiff,
Cathleen Giordano

Thomas C. Kus (IN SBN #14875-49)(pro hac vice)

By: /s/ Thomas C. Kus
Thomas G. Stayton (IN SBN #683-49)
(pro hac vice)
BAKER & DANIELS
300 North Meridian Street, Suite 2700
Indianapolis, Indiana 46204
(317) 237-0300
(317) 237-1000 (fax)

Joseph J. Leghorn (BBO #292 440)
NIXON PEABODY LLP
100 Summer Street
Boston, Massachusetts 02110
(617) 345-1000
(617) 345-1300 (fax)

Attorneys for Defendant Zimmer, Inc.